United States District Court
for the
District Washington D.C.

Andre Juste
Plaintiff

Case: **1:20-cv-00383 (JURY DEMAND)**
Assigned To : **Unassigned**
Assign. Date : **2/10/2020**
Description: **Pro Se General (F-DECK)**

v

Hiram E. Puig-Lujo
500 Indiana Venue Room 6610
Washington, DC 20001

Civil Action No
Jury-Trial Demanded

RECEIVED

Complaint

On December 13, 2019, the Defendant Hiram E Puig-Lujo Committed the Violation of Perjury and false Statement against the Plaintiff Andre Juste.

1

The Plaintiff Andre Juste Appeard before the Defendant Hira C Puig-lugo for Making all Libel and Slander against the Plaintiff Andre Juste in a Hearing's =

Defendant Continned Alleged the Same Violation of the Plaintiff Andre Juste Civil Rights for . . . and on the Ov Alet in favorel the Favor of the Defendant W/o should No be Say but did.

Defendant Hiraw E Puig-lugo for statement and violated the General Manual AC Rule Scope 2:109. on the Judge Chamber against the Plaintiff Andle Juste,

It Should Not be done So and Denied all the Plaintiff Rights against the Constitutional Ucl Hr United States

## Parties

## Plaintiff

Andre Juste is at all the times to this Claim a Resident of District of Columbia and County of D.C. Washington, DC Resided in L Street NE and Shelter (NEW YORK Avenue NE Community Charities and a disable Mental Illness or Mental Disease.

## Defendant

Hiram E Puig-Lugo is the Superior Court Washington District of Columbia Resided in Washington DC. area and Individual as Judge who at all times Serves Relevant served as Judge

and ~~was~~ is and was Responsible for Establishing the Justice equality and being under Oath Causing Obstruction Justice

This Court shall have General Jurisdiction over all the Causes of Action asserted against the Defendant Hiram E. Puig-Lugo under 18USC 1515[?](3)[E] and pursuant to 18USC 4, Section

This Court has Jurisdiction over over all the Matter of Action of Perjury and pursuant to 18USC 1621, and 1622, under 18USC Section 1623 penality civil.

This Court has Jurisdiction Exclusive over the Obstruction of Justice against the Defendant Hiram E. Puig-Lugo who has been in Partial against the Plaintiff Andre Juste civil case over, in Favor of the defendant Some.

Superior Court and Washington DC Clerk of Court District of Columbia Who Serve as Judge un pursuant to

The fedral Question

This Court shall have original Juridiction of all civil Action arising under the Constitution laws. or treaties of the United States 28 USC Section 1331

in the Onits State law, federal question is the Subject Matter Jurisdiction of this District Court to hear a civil matter over 25,000,000. against the defendants for who purjury

and the ~~Defendants is being laught, default~~ abusive where defendant Justice for the case over above the federal Question is being —

And the default should have been Entred against the defendant Fail by the Defendants Adam E. Puig-Lugo who iss the Author

The Defendant is being MalPratice Neglice against the Plaintiff Andre Juste and the faild under oath to Protect the Plaintiff who is Andre Juste Rights, being a Mental. Reason Individual

And the Cause the Plaintiff to Suffer Illegally Cause by obstructing of Justice with 'but' being under oath of Perjury with out

Venue

Venue is in this District under the 28 USC Section 1391 (b) because the action and omission giving Rise to the Plaintiff Andre Juste allegation occurred in the District of Columbia, and Defendant Resided and be do business in the District of Columbia

Fact

The Defendant Hiram E. Pungolugo Committed Perjury and Obstruction and on the Plaintiff Andre Juste Violated the Viola Civil Right who denied - Andre Juste,

The Defendant Hiram failed to Provided the Plaintiff Andre Juste with and false Statements, unlawful Documents against the Plaintiff Andre Juste P Civil Rights and Constitutional, Defendant Allege that the Plaintiff Andre Juste was uncorrect ----

Plaintiff Andre Juste Continue to Suffer Prejudice From the Defendants in cold unlawful Action against the Plaintiff Andre Juste denied Andre Juste From Reeceiving the Fault Judgment, and Making false allegation of Judgement both. Plaintiff Andre Juste Mailing Address

Defendant Hiram E. Pungolugo also Black Mail the Plaintiff from the web to Releive to Review the the case o at o it is against the Law.

Plaintiff Andre Jusk has had been under going with the Perjury of defendant committed against the Plaintiff Andre Jusk being under oath

And False Allegation About the legal case involved Plaintiff Andre Jusk and Defendant Some first of all the the Defendant Hira E Pungo Lugo Abuse his Authority and Step over the Authority of Power.

Unlawful Action Default Fraud Statement that Defendant Hiram E Pung lugo making against the Plaintiff Andre Jusk bath the Superior Court on District of Columbia the Honorable Judge Hiram E. did.

Statement of Claim.

The Defendant Airan E Ruiz Lugo is being Obstruction of Justice and allegation of Libel and Slander the Plaintiff Andre Juste w Denied the Plaintiff Andre Just civil Rights Constitutional and Fail. In Sum of 25,000,000.

and Perjury and Obstruction of the legal Process of Due Process due 7-0-both Sue Process both Against the Scope Manual

Discrimination against the Plaintiff Andre Juste Racial Discrimination both un—lawful and Wrongful

# First Claim of Relief

The Defendant is violated the Privacy Act of 1974 Civil Remedies under 5 U.S.C. 552a (g) and under (g)(1)(4) and Access lawful law suits under (g)(1)(B) Montary damage against Some (g)(1)(C) and (g)(1)(L)

See United State v Bressler 772 f 2d 287, 293 (7th Cir 1985)

The Defendant Continue to vilolating the Plaintiff Andy Juste Due Process that merit to Sault Default against Defendant Some but denied the Plaintiff His Rights

Defendant HiRAM E Puig-Lugo Violated the Plaintiff Relief under 5 USC 552a (g)(6) wrong ful Act of legal Process of the Superior Court and Manual SCSCe 2!129 Superior chanten of the unlawful Records

With out NOT Prerequisite to Enforcement Plaintiff Andy Juste Defaults

## Second Claim Of Relief

## Violation of Due Process

The Plaintiff Andre Juste Due Process, has been Violated the Defendant Hiram E. Puig-Lugo is unlawful under Section 5USC 5529 (a)(7)

The Defendant Hiram E. Puig-Lugo Committed Perjury under 18USC 1621 and for being under Oath Section 1823 for misleading the Case Prejudice, and also being Obstruction of Juste when the Plaintiff Andre Juste is not having Legal Process.

And the Plaintiff Andre Juste Civil Right Due Process is Violated from the Fourteenth (14) Amendment of the Constitutional for failing the Plaintiff Andre Juste Case, in favor the Defendant

The Defendant is being until for Jury under Oath and False Statement the Plaintiff Case.

Third Claim of Relief

Violation Obstruction of Justice

Defendant Hiram E Puig Lugo Obstruction
of Justice under 18 USC 15
in the Judiciary and Judicial by procedure

The Plaintiff Andre Juste civil/Right
is violated by Defendant Hiram E. Puig
Lugo Pub. L 97-291 Sec 10(d). b 1920, 96 Stat
1248 under Rule 32 of the federal of
civil Procedure

Defendant Hiram E. Puig Lugo
ambiguity as the slope of Section,
Defendant Hiram E. Puig Lugo intimidate
the Plaintiff Andre Juste through its order
Letter and conceals Material, Such
documentary Solicits another
Defendant Hiram E. Puig Lugo violat-
ed 1509 and from the other parties
and the Pursuant 18 USC 1512 (a) (2)

# Fourth Claim of Relief
## Malpractice legal case

Defendant Hiram E. Puig Lugo had been malpractice the Plaintiff Andre Juske case 22USC Section 2702 IN violation JC code 11-721 and P.42 suant to 2013)

Plaintiff Andre Juske is suffered with legal malpractice from the Defendant Hiram E. Puig Lugo 10! USC 1054 Ir 28 USC Sectin 1346 (b) and 2672 both

Defendant Relief out of wrongful act and compromise then Defendant some IN violeded 28 USC 2677 and 1346(b) both Congress Senate Report No. 1559

## Relief

The Plaintiff Andre Juske is Seeking the Relief of against the Defendants Hiram E. Puig-Lugo for the Malpractice and Perjury and Obstruction of Justice

Defendant Hiram E. Puig-Lugo is H Violated the Plaintiff Civil Rights and in the Above Paragraph and for Ruling against Justice Administration Judiciary and Judicial.

Defendant Hiram E. Puig-Lugo shall Therefore, Recompase - decompensate the Plaintiff Andre Justice for MalPratice and Perjury and in the Sum of and/or failure from Entry Default Against any Defendant Some

Plaintiff Andre Juske Shall be Relief In the Amount of Sum against the Defendant Hiram E. Puig-Lugo wrongful Act.

Wherefore the Plaintiff Andre Juste Seeking Request this Court to Enter into Judgment Pray against Defendant as herein after set forth

1. For Comenbatory against Defendant in an Amount according

2. For general Damage and first little the Plaintiff Andre Juste Right

3. For lost and future medical incidental and Service Expensive According to court to. accidents

4. Then Pla Judgment interest on all damages as fullow as allowed by the law, for Cost or

For such other and further Relief as the Court deem and Just and Proper.

Andre